Firm Name
Firm Address

Chiu, Taifusin
4005 23rd ave Apt J
Sacramento, CA 95820
916454-1331
Tchiu2004@hotmail.com

FILED

JAN 17 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

No. 2:23cv0096 TLN CKD (PS)

Plaintiff, Taifusin Chiu

v.

Defendant. Taifsuin chiu/Consumes River College, President of Consumes River,

1



I had call numerous. I call never remove the hold. I see you in court and appear on court as visual and above and beyond and infinite bond of white diamond blue nile ct and free all debt bond and free all debt and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

He or she had been sued to remove the hold for $2,000 for numerous time his or her charge he or she didn't pay with history and fail to appear on court and business owner and not bail their

2

business and pay for their grade for students and no money and no grade to pay and closed the business as highest achievement and obtain Medal of Honor award.

The business had been sued to closed the business with all four Los Rios Community College District College under chain of command with felony with history charge as highest achievement and obtain Medal of Honor award.

There is too many crime for our history not pay and he and she sue to closed the business and no money and no business. Open business somewhere and new employee's and new face and no grade pay and graduation plan. He or she had to close the business and plan not to work and fool around at work. He or she fool around the work and get pay check and don't pay for grade. He or she had paid nothing history and fail to go jail and fail to bail the business and dismissal with all business closed and logo to remove all them and business had remove them under chain of command as highest achievement and obtain Medal of Honor award.

When I sue him or her and she or he fail to appear on court and fail to work and fool around in his or her work. She or he fail to bail himself or herself in history and above and beyond and infinite bond of white diamond blue nile ct and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

He or she refused to remove  the hold and refuse to pay cause the problem so big and want student fight over start taking pill and sign up college and taking pill and work with pill in military work and refuse to pay the grade which he or she too rich and have  a lot of money to pay off world debt and have a lot of money to start shit and above and beyond and infinite bond of white diamond blue nile ct and free all debt bond and free all debt as highest achievement and obtain Medal of Honor award.

He or she doesn't work and she or he want to be. I, future The President of US. Chiu, Taifuisn fire you from work which you don't want to pay grade and don't want to work and book in jail until the grade turn in and only want to shit and above and beyond and infinite bond of white diamond blue nile ct and free all debt bond and free all debt as highest achievement and obtain Medal of Honor award.

He or she decided not to pay and to bail and charge with jail and dismissal with jail and misdemeanor not found arrest and book in jail and post bond for bail $1,000 as highest achievement and obtain Medal of Honor award.

He or she change from Anderson to Brown White, or new Los rios Police, never call back, Los Rios community College district which he or she found guilty and refuse to pay, denial to pay, and reject to pay and refuse to appear on court to pay and remove the hold and refuse to pick up the phone. I see you in court such

3

a word under visual word known as such a person and above and beyond and infinite bond of white diamond blue nile ct and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

If you FTA, I win you in jail and history you didn't pay under same, Los Rios Community College District for grade unpaid and charge un paid which you found guilty of and hold is not remove and I win you again and win in jail too many crime unpaid and crime debt increase. All Los Rios Community College District only put on mental hospital and letter from doctor return to college and book in jail. I, future The President of US, Chiu, Taifusin fire all of you and you never fire before along with Professor, Hutchenson for Grade as highest achievement and obtain Medal of Honor award.

If you don't work and you get your paycheck under chain of command and beside work with pill and psychiatrist assessment and when it time is up and refuse to remove the hold and fuck with students and denial to pay,  denial to go to jail, denial to bail, and reject to pay what he or she found guilty of and charge with history and under Los Rios Community college district and refuse to pay for grade and all fire for you work! Hutchensen, English CW 400 and all Los rios community College district police, Campus police and above and beyond and infinite bond of white diamond blue nile ct and free all debt bond and free all debt and winner-take-all system and obtain Medal of Honor award.

I see you in court. If you fail FTA, I win you in jail. If I see you in court with visual word and above and beyond and infinite bond of white diamond blue nile ct and free all debt bond and free all debt and winner-take-all system and obtain Medal of Honor award.

No money no business and I sue all four college, Los Rios Community College district with the same name to be closed and too many crime unpaid and not resolve and paid which they refused to pay, denial to pay, reject to pay and be fire from job or career or work or employer or employment as employees or employer and you don't work and you don't get pay. You found guilty of history you don't pay under chain of command with commander-in-chief, The honorable of US, Donald Trump as highest achievement and obtain Medal of Honor award.

I see you look at my paper, I win you under visual word and above and beyond and infinite bond of white diamond blue nile ct and free all debt bond and free all debt and generate for each country and all countries and winner-take-all system and obtain Medal of Honor award.
I win you to remove the hold and too many attempt to remove the hold with different person and with employers. I press charge to closed the business and employers with same name with employers which you never bail in history and no money and no business. You don't work and you don't get pay as highest achievement and obtain Medal of Honor award.

4

The crime debt had keep increased the grade had unpaid and all Los Rios Community College district are fire and grade never paid and never go to jail. They never bail what he or she charge with and never bail their business out before as highest achievement and obtain Medal of honor award.

I see you appear on court and I win you under visual word and above and beyond and infinite bond of white diamond blue nile ct and free all debt bond and free all debt and generate for each country and all countries and winner-take-all system and obtain Medal of Honor award.

If FTA, and too many crimes, closed your business and debt keep increase and closed all your business and transfer out state and start paying for grade and paying what you found guilty and what you owe in history up to date with same name, Los Rios community college district, such as American river college, consumes river college, American river college, and Folsom lake college as highest achievement and obtain Medal of Honor award.

Dismissal with jail and closed the business and remove all logo and no money and no business because don't bail your business out and history don't pay and history charge didn't go jail  as highest achievement and obtain Medal of Honor award.

He or she had been fired and win SSI check and he or she doesn't work and she or he doesn't get pay and get his or her pay check as highest achievement and obtain Medal of Honor award.

Fight world debt and pay off world debt or closed business today and now for fail to bail and appear on court and bad credit for open business as highest achievement and obtain Medal of Honor award.

He or she fight work with psychiatrist pill and free to go with misdemeanor not found arrest, or misdemeanor found arrest, or felony arrest, jail with psychiatrist pill, prison with psychiatrist pill with employers while employee's and you free to go and destroy you so go for not letting him or her down payment world debt and free all debt right now and destroy your reputation so good as today as highest achievement and obtain Medal of honor award.

He or she relied for free money of plagiarism and crime money only beside work call SSI check and when they commit crime refuse to go jail, and refuse to appear on court to pay. No money and no business and cannot teach and don't teach find something else to do and you are fire under chain of command and fail to appear on court anyway and pay and closed your business with felony and above and beyond and infinite bond of white diamond blue nile ct and free all debt bond and free all debt and generate for each country and all countries and winner-take-all system as highest achievement and obtain Medal of honor award.

He or she give some psycho game of plagiarism you are fired for work to day and too many crime of charge and too many crime business not bail for your business and closed your business and kill people employment and closed your business. No money and no business as highest achievement and obtain Medal of Honor award.

5

He or she fight over me or you to work with pill and psychiatrist pill and go college. The police give you ticket to college for Associate degree for employment for about to retirement at 60 year old for one achievement credit for star or be kill while young I fail you fail to pay. You are fire from work and fight world debt and free all debt and no copy cat as highest achievement and obtain medal of honor award.

No money no business and history unpaid and too many attempt is not pay. You don't work and you get paid. Closed your business and you are fire from Los Rios Community District College as employee under chain of command and Take you up to The President of US. You found guilty and you refuse to pay denial to pay and denial to bail and denial to bail your business and closed your business with felony found arrest and debt had increase to highest achievement and obtain medal of honor award.

Date: 1/17/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

6