UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIFUSIN CHIU,<br><br>            Plaintiff,<br><br>       v.<br><br>CONSUMES RIVER COLLEGE et. al.,<br><br>            Defendant. | No. 2:23-cv-00096-TLN-CKD<br><br>**ORDER** |

Plaintiff proceeds in this action pro se.  The matter was referred to a United States Magistrate Judge pursuant to the Court's Local Rules.

On May 15, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 4.)  No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed May 15, 2023 (ECF No. 4) are ADOPTED in full;
2. The action is DISMISSED with prejudice; and
3. The Clerk of Court is directed to close the case.

Date: June 20, 2023

Troy L. Nunley
United States District Judge

2